

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Issac Henry Casias,

\* From the 441st District Court
of Midland County
Trial Court No. CR45768.

Vs. No. 11-16-00106-CR

\* March 8, 2018

The State of Texas,

\* Memorandum Opinion by Bailey, J.
(Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J., sitting
by assignment)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.